THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. EDWARD LANG, Appellant.

*Crimes — receiving stolen property in first degree — judgment of conviction affirmed.*

*People* v. *Lang*, 202 App. Div. 760, affirmed.

(Argued February 20, 1924; decided April 1, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 26, 1922, which unanimously affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of criminally receiving stolen property in the first degree.

*Clark L. Jordan* for appellant.

*Charles J. Dodd, District Attorney (James I. Cuff,* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.